IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 14 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLARENCE A. STEVENS, ET. AL. | § § § | |
| Plaintiffs, | § | |
| V. | § § | CIVIL ACTION NO. H-98-0362 |
| METROPOLITAN TRANSIT AUTHORITY, ET. AL | § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT AND AGREED MOTION TO DISMISS CLAIMS OF CERTAIN PLAINTIFFS WITH PREJUDICE

On this ___ day of _____, 1999 the Court considered the parties' Joint and Agreed Motion to Dismiss Claims of Certain Plaintiff with Prejudice . After reviewing the Motion and the other pleadings on file in this matter, the Court is of the opinion that the Motion should be granted. It is therefore:

ORDERED that the parties' Joint and Agreed Motion to Dismiss Claims of Certain Plaintiffs with Prejudice is GRANTED. The claims of the following Plaintiffs are dismissed with prejudice:

| | |
|---|---|
| Tariq Ahmed | Ojielo Christian |
| Joseph A. Alexander | Emanuel Christie |
| William Arline | Bennry R. Clark |
| Ceneida Barajas | Jerrel Clemons |
| Donald Baraka | Nikita B. Coleman |
| Kerri A. Bassett | Edwin L. Collins |
| Bradley E. Bazile | Willie E. Collins |
| Elmer J. Bennett, Sr. | Jacqueline E. Cooper |
| Larry D. Black | Gilbert F. Cruz |
| Michael Boyd | Marcellars Dailey |
| Debbie Bradford | John Daniels |
| Lloyd E. Bradley | J. Dennis |
| K.E. Brown | Horace J. Elmore |
| Larry J. Bruce | Barbara Faircloth |
| Miranda Busby | Billy J. Freemont |
| Leroy Calid | Abel Garcia |
| David L. Cartwright | David Garcia |
| Curtiss R. Chambers | Pete Garcia |
| Gloria Chambers | Floyd Gentry |

| | |
|---|---|
| Clarence Gilner, Jr. | Debra Mathis |
| Bobby Glaspie | Alfred R. Matthews |
| Silverio Gonzales | Dwayne C. Matthews |
| Parnell Graham | Charles L. McClain |
| Larry Grant | Gilbert Medrano |
| Orlando Green | Mary Middleton |
| Sandra Hall | Andrea miles |
| Edward Haude | Shirley Mitchell |
| Luvetta Hayes | Terrance Modelist |
| Anthony Hicks | Joe Moguel |
| Gary O. Hill | Edward Moran |
| Walter Hill, Jr. | Lester L. O'Bryant |
| Marlin House | Anthony Olvera |
| Ignatius J. Huacur | Vickie Lee Parker |
| Charles F. Hudson | Rubio Pedraza |
| Myra Ikpe | Reginald Perkins |
| Charles W. Ireland, Jr. | Paul L. Pierre |
| Charles Jackson | Bobby Lee Plair |
| Lawrence Jackson | Dexter Platt |
| Ora Jackson | Diann M. Plummer |
| Quinlin Jackson | Kevin P. Powell |
| Cleo Jamison | C.S. Pradia |
| Maria Jasso | Alfred Pratt |
| Stan Jessie | Charles Priestly |
| Darrell Johnson | Andrew Raglin |
| Michael Johnson | Joyce M. Rain |
| Bernadette Jones | Vincent J. Ramirez |
| Marcus L. Jones | La'Dell D. Rhodes |
| Melvin Jones | Debra Richardson |
| Ricky Jones | Salvador M. Rivera |
| Dina Kennedy | Dorothy R. Rivers |
| Clarence E. Ketcham | Kenneth P. Robinson |
| Clone K. Kinsey | T.R. Rodgers |
| Anthony W. Klright | G.R. Rodriguez |
| Kenneth Knox | Leoma Roland |
| James E. Lane | Lioretta Sancho |
| Troy A. Lastice | Freddie M. Scott |
| Kenneth B. Lawrence | Charisse Semere |
| Larry C. Lewis | Kenneth Shields |
| Gwen Livley | Prentis Slaughter, III |
| Richard London | Alexander Smith |
| Elton Louis | Doyle A Smith, Jr. |
| Linnard Lowe | Lawrence Smith |
| Arthur L. Luke | Neina C. Smith |
| Robert Lynn | Phillip Smith |
| Lee Roy Martin | Stephanie Smith |
| Joe Martinez | Kenneth Stephens |

| | |
|---|---|
| Kevin Tate | George E. Waters |
| Carl T. Taylor | Gregory D. Webb |
| Corey G. Taylor | Andrew L. Wells |
| Joseph R. Taylor | Carrel White |
| Bobby Tealor | Teri White |
| Troy Thomas | Sharon D. Whitlock |
| Walter Thomas, Jr. | Oliver Wiggins |
| Samuel Thorn | Dennis Williams |
| Ron E. Travis | Jessie Williams |
| Patricia Turner | Ronald Williams |
| Debora M. Vela | Ray G. Wilson |
| Sandra D. Waddle | Curtis Wingwood |
| G.M. Waddy | John Woods |
| Willie Walker | Ardon Wyllie |
| James C. Wallace | Felicia Yarbrough |
| Kevin C. Ward | Anthony Young |

SIGNED this 18th day of May, 1999.

_____
UNITED STATES DISTRICT JUDGE